Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____March 8___ 20 23_
Ravi Subramanian, Clerk
By_____Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff

              v.

SONNY P. LELILI'O,

              Defendant.

NO. **CR23-035 JCC**

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about December 22 through 26, 2022, in King County, within the Western District of Washington, SONNY P. LELILI'O, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Felon in Possession of a Firearm and/or Ammunition,* in United States District Court for the District of Alaska, under case number 3:19-cr-00076, on or about January 3, 2020; and

Indictment - 1
*United States v. Lelili'o*
USAO No. 2023R00252

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii. *Assault in the Third Degree,* in Superior Court for the State of Alaska, Anchorage, under case number 3AN-17-07399CR, on or about January 22, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger SR9C 9mm handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, SONNY P. LELILI'O shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, a Ruger SR9C 9mm handgun and any associated ammunition, seized on or about December 26, 2022.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

has been commingled with other property which cannot be divided without difficulty;

Indictment - 2
*United States v. Lelili'o*
USAO No. 2023R00252

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney


_____
AMY JAQUETTE
Assistant United States Attorney


_____
JOCELYN COONEY
Assistant United States Attorney

Indictment - 3
*United States v. Lelili'o*
USAO No. 2023R00252

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970