**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: SONNY P. LELILI'O<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☒ Yes   ☐ No            If yes:  Complaint<br><br>If yes, please enter the cause number below:<br><br>　　　CR Enter CR Cause Number here.   or   MJ 23-077 BAT<br><br>Has the Defendant had an initial appearance in this case in this district?   ☒ Yes   ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above. SRV case, CR22-5092 BHS<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody: Enter local jurisdiction here.<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☐ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☒ Continue Detention<br><br>☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for:<br><br>　　☐ Defendant Address: Click or tap here to enter text.<br><br>☒ Letter to defense counsel for appearance on: 3/16/2023<br><br>　　☒ Defense Counsel name and address: John Carpenter |
| **Trial** | Estimated trial length (days): 2 days |