THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  | UNITED STATES OF AMERICA,

10 |                          Plaintiff,

11 |           v.

12 | SONNY LELILI'O,

13 |                          Defendant.

14

CASE NO. CR23-0035-JCC

ORDER

15    This matter comes before the Court on Defendant's unopposed motion to continue trial

16  (Dkt. No. 27). Having thoroughly considered the briefing and the relevant record, the Court

17  hereby GRANTS the motion for the reasons described below.

18    Trial in this matter is currently set for June 12, 2023. (Dkt. No. 24.) Defendant seeks a

19  continuance, citing the need for more time to complete investigations, conduct legal research, and

20  review discovery. (Dkt. No. 27 at 2.) Based on the foregoing, the Court FINDS that the ends of

21  justice served by granting the requested continuance outweigh Defendant's and the public's

22  interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

23    This finding is based on the following:

24    (a) The failure to grant a continuance here would likely result in a miscarriage of justice,

25  as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

26    (b) taking into account the exercise of due diligence, the failure to grant a continuance

would also deny counsel the reasonable time necessary for effective preparation due to the need for more time to review and analyze discovery, consider possible defenses, and research and prepare pretrial motions, as set forth in § 3161(h)(7)(B)(iv); and

(c) the additional time requested results in a reasonable period of delay.

It is therefore ORDERED as follows:

1. Trial is CONTINUED to December 11, 2023;

2. Pretrial motions are now due November 6, 2023; and

3. The time from the date of this order until the December 11, 2023 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 9th day of May 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR23-0035-JCC
PAGE - 2