THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SONNY P. LELILI'O, <br><br> Defendant. | No. CR23-0035-JCC <br><br> ORDER GRANTING STIPULATED MOTION TO WAIVE PRESENCE INVESTIGATION AND REPORT; AND ACCELERATE SENTENCING |

Upon the stipulation of the parties to waive the Presentence Investigation and subsequent report, the Court finds that the information in the record will enable the Court to meaningfully exercise its sentencing authority without a Presentence Investigation. *See* Rule 32(c)(1)(A)(ii).

IT IS ORDERED that no Presentence Report will be required in this case and that the sentencing hearing is set for May 14, 2024 at 9:00 a.m.

DONE this 17th day of April 2024.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MTN TO WAIVE PSR
AND ACCELERATE SENTENCING
(*United States v. Lelili'o*; CR23-0035-JCC) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Presented by:
s/ *John R. Carpenter*
John R. Carpenter, Assistant Federal Public Defender
Attorney for Sonny Lelili'o

ORDER GRANTING STIPULATED MTN TO WAIVE PSR
AND ACCELERATE SENTENCING
(*United States v. Lelili'o*; CR23-0035-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**